**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


SYLVIA JONES                                    CIVIL ACTION

VERSUS                                          NO. 20-2505

ADMINISTRATORS OF THE TULANE          SECTION D (5)
EDUCATIONAL FUND D/B/A
THE TULANE UNIVERSITY OF LOUISIANA
A/K/A TULANE UNIVERSITY

## ORDER

The undersigned United States District Judge recuses herself from further participation in this case pursuant to 28 U.S.C. § 455(a) and Canon 3-C(1). The Judge has a close family relation who could be substantially impacted by this proceeding and family members who could be impacted by similar lawsuits. The Clerk of Court is **ORDERED** to reallot the above-captioned case to another section of the court. All dates remain in effect unless modified by the judge to whom this case is transferred.

New Orleans, Louisiana, September 15, 2020.


September 15, 2020

REALLOTTED TO

**SECT. T**

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**