UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SYLVIA JONES, on behalf of herself and other individuals similarly situated | CIVIL ACTION |
| VERSUS | NO: 20-02505 c/w 20-02518 |
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND d/b/a TULANE UNIVERSITY OF LOUISIANA a/k/a TULANE UNIVERSITY | SECTION: T (5)  Applies to all cases |

## JUDGMENT

On this date, the Court issued an order granting the Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint filed by the Defendant, Administrators of the Tulane Educational Fund, also known as Tulane University, and dismissing the claims of Sylvia Jones, No. 20-2505, and John Ellis, No. 20-2518. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment shall be entered in favor of the Defendant, Administrators of the Tulane Educational Fund, and against Sylvia Jones, No. 20-2505, and John Ellis, No. 20-2518. Because Defendant is entitled to judgment in its favor, these consolidated actions are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 29th day of September 2021.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE