**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | |
|---|---|
| SYLVIA JONES and JOHN ELLIS, on behalf of themselves and all others similarly situated, | Case No. 2:20-cv-02505 |
| Plaintiffs, | Hon. Greg Gerard Guidry |
| - against - | |
| ADMINISTRTATORS OF THE TULANE EDUCATIONAL FUND D/B/A THE TULANE UNIVERSITY OF LOUISIANA A/K/A TULANE UNIVERSITY, | |
| Defendant. | |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiffs Sylvia Jones and John Ellis appeal to the United States Court of Appeals for the Fifth Circuit from the Order by the Honorable Judge Greg Gerard Guidry dated September 29, 2021, granting Defendants' Motion to Dismiss for Failure to State a Claim and denying Plaintiffs' leave to amend the Complaint (Docket No. 83) and from the Judgment entered in this action on the same day (Docket No. 84), as well as any and all other appealable orders and rulings adverse to it related to that Order.

Dated: October 28, 2021

Respectfully submitted,

*s/ Michael A. Tompkins*
Michael A. Tompkins, Esq. *
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, NY 11514

1

(516) 873-9550
mtompkins@leedsbrownlaw.com

&

David A. Szwak, LBR#21157, T.A.**
**BODENHEIMER, JONES & SZWAK, LLC**
416 Travis Street, Ste. 800
Mid South Tower
Shreveport, Louisiana 71101
[318] 424-1400
FAX 221-6555
** Admitted in this District since 1991.

Richard Collins Dalton
Richard C. Dalton, L.L.C.
P.O. Box 358
Carencro, LA 70520-0358
337-371-0375
Email: rickdalton713@gmail.com

Yvette Golan
**THE GOLAN FIRM**
2000 M Street, NW, Suite #750-A
Washington, D.C. 20036
T: (866) 298-4150
F: (928) 441-8250
ygolan@tgfirm.com

James A. Francis*
John Soumilas*
David A. Searles*
Edward H. Skipton*
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
dsearles@consumerlawfirm.com
eskipton@consumerlawfirm.com

Jason P. Sultzer, Esq. *(To apply Pro Hac Vice)*
**THE SULTZER LAW GROUP, P.C.**

2

270 Madison Avenue, Suite 1800
New York, NY 10016
Telephone: (212) 969-7810
sultzerj@thesultzerlawgroup.com

*Admitted *Pro hac vice*

*Counsel for Plaintiffs and Proposed Class*