**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**SYLVIA JONES AND JOHN ELLIS,**                          CIVIL ACTION
**on behalf of themselves and all**
**others similarly situated**                                  NO. 20-2505
                                                              C/W 20-2518
**VERSUS**
                                                              SECTION "R" (5)
**ADMINISTRATORS OF THE TULANE**
**EDUCATIONAL FUND**

### ORDER REALLOTTING CASE

Pursuant to 28 U.S.C. § 455, I hereby recuse myself from acting on this case.

Accordingly,

**IT IS ORDERED** that the Clerk of Court reallot this matter to another section of

this Court.

**New Orleans, Louisiana, this 1st day of May, 2024.**

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

May 1, 2024

REALLOTTED TO
**SECT. E**