UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SYLVIA JONES and JOHN ELLIS, on behalf of themselves and other individuals similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND D/B/A THE TULANE UNIVERSITY OF LOUISIANA A/K/A TULANE UNIVERSITY,**<br><br>Defendant. | CIVIL ACTION NO. 2:20-cv-02505-SM-MBN c/w 20-cv-02518-SM-MBN<br><br>Applying to all cases SECTION: E(5) |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Pursuant this Court's November 22, 2024 Order (Dkt. 216) and pursuant to Rule 23, including subsection 23(e), of the Federal Rules of Civil Procedure, Plaintiffs Sylvia Jones and John Ellis ("Plaintiffs") hereby respectfully move this Court for an order granting final approval of the proposed class-wide settlement for the above-referenced matter against Defendant Administrators of the Tulane Educational Fund d/b/a the Tulane University of University a/k/a Tulane University ("Tulane" or "Defendant").

In support of this motion, Ms. Jones and Mr. Ellis state as follows:

1.      On September 14, 2020, Ms. Jones filed a litigation matter as a class action alleging that Tulane breached its contractual obligation to provide students with in person, on campus

1-Plaintiff's Motion for Final Approval of Class Action Settlement

educational services, or in the alternative was unjustly enriched by its failure to provide such services while retaining the full pre-paid cost of the promised in person education. (Dkt. 1)

2. On September 15, 2020, Plaintiff John Ellis filed a separate action styled *John Ellis v. Tulane University*, Case No. 2:20-cv-2518 (E.D. La.) as a class action making substantially similar allegations.

3. On December 11, 2020, the two above cases were consolidated pursuant to the parties' motion. (Dkt. 50).

4. The Parties have since engaged in full fact and expert discovery since April 4, 2023, including expert discovery up until this matter resolved. (Dkt. 109).

5. After substantial discovery, the Parties engaged Mediator John W. Perry, Jr. who assisted the parties during full day mediation in December 2023 and has remained actively engaged including during the summer 2024 to facilitate the proposed class-wide resolution.

6. The Parties reached a settlement in principle on Aug. 7, 2024 via the execution of a Term Sheet, following extensive arm's-length settlement negotiations and entered into a formal agreement executed on October 7, 2024.

7. Plaintiffs filed their motion for Preliminary Approval on October 11, 2024 (Dkt. 214) and on November 22, 2024, Plaintiff's motion for Preliminary Approval was granted by this Court. (Dkt. 216).

8. As detailed in the submissions accompany this application, the Parties have complied with the Notice processes outlined in the Court's Preliminary Approval Order (Dkt. 216), and the Agreement is both procedurally and substantively fair and a reasonable resolution of this action for all parties involved and meets the standard for final approval of class settlements in this Circuit and District. These grounds are further explained and supported by the accompanying

2-Plaintiff's Motion for Final Approval of Class Action Settlement

Memorandum of Law, the Declaration of Jason P. Sultzer, Esq. in Support, and Exhibits filed herewith, including the proposed agreed-upon Final Approval Order (Exhibit A), the Settlement Agreement and Release (Exhibit B), and the Declaration of the Claims Administrator, Aisha Lang (Exhibit D), the Declarations of the Named Plaintiffs (Exhibits E & F), the other exhibits, and all prior filings and submissions referenced therein.

Dated: April 11, 2025

Respectfully submitted,

*/s/ Lauren KW Brennan*
James A. Francis*
John Soumilas*
Lauren KW Brennan *
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
lbrennan@consumerlawfirm.com

Michael A. Tompkins, Esq.*
Brett R. Cohen, Esq.*
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, NY 11514
(516) 873-9550
mtompkins@leedsbrownlaw.com
bcohen@leedsbrownlaw.com


Yvette Golan*
**THE GOLAN FIRM PLLC**
14th St. NW Suite 914
T: (866) 298-4150
F: (928) 441-8250
ygolan@tgfirm.com

Jason P. Sultzer*
**SULTZER & LIPARI, PLLC**

3-Plaintiff's Motion for Final Approval of Class Action Settlement

85 Civic Center Plaza #200
Poughkeepsie, NY 12601
(845) 244-5595
sultzerj@thesultzerlawgroup.com

Andrew A. Lemmon (LA#18302)
**LEMMON LAW FIRM, LLC**
5301 Canal Boulevard
New Orleans, LA 70124
T: (984) 783-6789
F: (202) 318-5306
andrew@lemmonlawfirm.com

*Counsel for Plaintiffs and the Proposed Class*
\**Admitted Pro hac vice*

4-Plaintiff's  Motion for Final Approval of Class Action Settlement